# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13293

_____

PABLO VELASQUEZ,

                                                                                                        Petitioner,

*versus*

U.S. ATTORNEY GENERAL,

                                                                                                        Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A205-855-024

_____

Before ROSENBAUM, LUCK, and BRASHER, Circuit Judges.

| 2 | Order of the Court | 23-13293 |

BY THE COURT:

We vacate the administrative stay entered on October 11, 2023. Petitioner's motion for a stay of removal is DENIED, as he has not made the requisite showing. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

We DENY AS MOOT Petitioner's motion for an extension of time to file his reply.

The Clerk is directed to treat any motion for reconsideration of this order as a non-emergency matter.